UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DONNA L. FRIEDEBERG,<br><br>                           Plaintiff,<br><br>-against-<br><br>MOEN CORP.; DELTA FAUCET COMPANY,<br><br>                           Defendants. | 25 CIVIL 4051 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the June 30, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

        SO ORDERED.

 Dated:    July 1, 2025

        New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                     Chief United States District Judge